ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON
    & HALUCK, LLP
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Phone:  (702) 853-5500
Fax:  (702) 853-5599
*Andrew.green@knchlaw.com*
Attorneys for Defendant,
AMGUARD INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL GARCIA, | ) CASE NO.:  2:26-cv-01476-CDS-EJY |
| Plaintiff, | ) ~~PROPOSED~~ JOINT DISCOVERY PLAN AND SCHEDULING ORDER |
| vs. | ) |
| AMGUARD INSURANCE COMPANY; DOES 1-V and ROES VI-X, inclusive, | ) |
| Defendants. | ) |

**COMES NOW**, Defendant, AMGUARD INSURANCE COMPANY (hereinafter referred to as "AmGuard" or "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, MANUEL GARCIA (hereinafter "Plaintiff"), by and through his counsel of record Peter M. Angulo, Esq., from ANGULO LAW GROUP, and hereby submit their Stipulated Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1 for the Court's approval.

1.    **Meeting**.

The Fed. R. Civ. P. 26(f) conference was held on June 1, 2026.

2.    **Initial Disclosures**.

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant, AmGuard served its initial disclosures June 12, 2026. Plaintiff filed his initial disclosures June 11, 2026.

3.    **Discovery Plan**.

The parties jointly propose to the Court the following discovery plan:

///

**a.** **Subject of Discovery**.  Discovery will be needed on the allegations within Plaintiff's Complaint, including liability and damages, and all issues raised in Answers by AmGuard.

**4.** **Discovery Cut-Off Date.**

Discovery is proposed to close on **November 16, 2026**, which is 180 days from the date AmGuard filed its Answer in accordance with LR 26-1(e)(1).

**5.** **Amending the Pleadings and Adding Parties.**

The parties shall have ninety (90) days prior to the close of discovery within which to amend the pleading or add additional parties in accordance with LR 26-1(e)(2).  The last day for amending pleadings or adding parties shall be **August 18, 2026.**

**6.** **Fed. R. Civ. Proc. 26(a)(2) and LR 26-1(e)(3) Disclosures (Experts)**.

Disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, not later than **September 17, 2026**.  Disclosures identifying rebuttal experts shall be made thirty (30) days after the disclosure of experts, and not later than **October 16, 2026**

**7.** **Dispositive Motions.**

The parties shall have until **December 16, 2026** to file dispositive motions.  This is thirty (30) days after the close of discovery in accordance with LR 26-1(e)(4).

**8.** **Pretrial Order.**

The Joint Pretrial Order shall be filed by **January 15, 2027**, which is no later than thirty (30) days after the date set for the filing of dispositive motions.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

**9.** **Stipulations Regarding Limitations or Conditions or Additional Discovery**.

The parties will proceed to engage in and supplement all discovery as permitted under the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the District of Nevada, including, but not limited to depositions, interrogatories, requests for production of documents, request for admissions, and expert disclosures.

///

**10.     Interim Status Report.**

An interim status report required by LR 26-3 shall be submitted by the parties by **September 17, 2026**, which is no later than sixty (60) days before the discovery cut-off.  The interim status report will state the time the parties estimate will be required for trial, giving three (3) alternative available trial dates, and stating whether, in the opinion of counsel who will try the case, trial will be eliminated or its length affected by substantive motions. This status report shall be signed by counsel for each party.

**11.     Later Appearing Parties.**

A copy of this Discovery Plan and Scheduling Order shall be served on any person served after it is entered or, if additional Defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later-appearing part[y][ies], unless the Court, on motion and for good cause shown, orders otherwise.

**12.     Extensions or Modifications of the Discovery Plan and Scheduling Order Pursuant to LR 26-4.**

Applications to extend for close of discovery within the discovery plan/scheduling order shall be received by the Court on or before **October 26, 2026**, which is twenty-one (21) days before the date fixed for completion of discovery, and requests to extend other dates in Discovery Plan/Scheduling Order on or before twenty-one (21) days before the expiration of any extension thereof that may have been approved by the Court.

DATED this 15th day of June, 2026.

KOELLER, NEBEKER, CARLSON
 & HALUCK, LLP

By:   */s/ Andrew C. Green*
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
AMGUARD INSURANCE COMPANY

DATED this 15th day of June, 2026.

ANGULO LAW GROUP

By:   */s/ Peter M. Angulo*
PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
5545 S. Mountain Vista St., Ste. F
Las Vegas, NV 89120
Attorneys for Plaintiff,
MANUEL GARCIA

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
ELAYNA J. YOUCHAH

Dated:  June 15, 2026

733240